**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RICHARD ELLIS,**
**ADC #93558**                                                                                          **PLAINTIFF**

**V.**                       **CASE NO. 1:16-CV-00135 KGB/BD**

**BRENT BREWER, et al.**                                                          **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I**.   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit on behalf of Richard Ellis, as well as fifteen other individuals.  (Docket entry #1) Because Mr. Ellis did not submit an *in forma pauperis* application or pay the filing fee, the Court ordered him to do one or the other within thirty days of September 19, 2016. (#2)

As of this date, Mr. Ellis has failed to respond to the Court's September 19 Order. The deadline for complying with the Court's Order has expired.

### III. Conclusion

The Court recommends that Mr. Ellis's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement, as ordered.

DATED this 21st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE