IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD ELLIS**                                                                      **PLAINTIFF**
**ADC #93558**

v.                          **Case No: 1:16-cv-00135 KGB**

**BRENT BREWER;** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 3). The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff Richard Ellis' claims are dismissed without prejudice.

So ordered this the 2nd day of December, 2016.

_____
Kristine G. Baker
United States District Judge